IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **HIGHPOINT RISK SERVICES, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:14-CV-3398-L** |
| | § | |
| **COMPANION PROPERTY &** | § | |
| **CASUALTY INSURANCE COMPANY.,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Defendant Companion Property & Casualty Insurance Company's ("Defendant") Motion to Dismiss and Brief in Support (Doc. 5), filed September 26, 2014 and Defendant's Motion for Order Requiring Joinder of Party Plaintiff, and Brief in Support (Doc. 6), filed October 16, 2014. The motions were referred to Magistrate Judge Irma Ramirez on January 1, 2015. The magistrate judge entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") on August 24, 2015, recommending that Defendant's Motion to Dismiss be denied, and Defendant's Motion for an Order Requiring Joinder of a Party be granted. No objections to the report were filed.

After careful consideration of the pleadings, file, record in this case, and Report, the court **determines** that the findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Defendant's Motion to Dismiss, and **grants** Defendant's Motion for an Order Requiring Joinder of Party Plaintiff. Accordingly, Plaintiff has to file an amended complaint by September 25, 2015, and add Aspen as a plaintiff to this action.

Order - Page 1

**It is so ordered** this 11th day of September, 2015.

                                         Sam A. Lindsay
                                         United States District Judge