IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **HIGHPOINT RISK SERVICES, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:14-CV-3398-L** |
| | § | |
| **COMPANION PROPERTY &** | § | |
| **CASUALTY INSURANCE COMPANY.,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Defendant Companion Property & Casualty Insurance Company's ("Defendant") Motion to Transfer Venue and Brief in Support (Doc. 8), filed October 16, 2014, Plaintiff's Motion to Strike New Evidence and Arguments Offered in Defendant's Reply and Supplemental Appendix in Support of Defendant's Motion to Transfer Venue and Brief in Support (Doc. 23), filed August 14, 2015, and the parties' Agreed Motion to Extend Time (Doc. 30) filed September 18, 2015. The motion to transfer venue and motion to strike were referred to Magistrate Judge Irma Ramirez on January 1, 2015. The magistrate judge entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") on August 24, 2015, recommending that Defendant's Motion to Transfer be denied, and Plaintiff's Motion to Strike be denied as moot. Defendant filed objections to the Report on September 8, 2015.

On September 11, 2015, this court ordered Plaintiff to add Aspen to the action as a party plaintiff. Accordingly, Defendant should be afforded the opportunity to refile its Motion to Transfer after Aspen is added to the action.

Order - Page 1

After careful consideration of the pleadings, file, record in this case, Report, and Defendant's objections to the Report, the court **accepts** the magistrate judge's findings and conclusions. Accordingly, the court **denies without prejudice** Defendant's Motion to Transfer Venue, and **denies as moot** Plaintiff's Motion to Strike. Defendant may refile its motion to transfer within 28 days of Plaintiff's filing in accordance with the September 11, 2015 order. The court **grants in part** and **denies in part** the parties' Motion to Extend Time. Defendant's request to file its original answer on October 9, 2015 is **granted**. Because the court denies the motion to transfer without prejudice, Plaintiff's request to file its response to the objections on October 15, 2015, is **denied as moot**.

**It is so ordered** this 24th day of September, 2015.

Sam A. Lindsay
United States District Judge