IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HIGHPOINT RISK SERVICES LLC and ASPEN ADMINISTRATORS, INC., <br><br>PLAINTIFFS, <br>v. <br><br>COMPANION PROPERTY & CASUALTY INSURANCE COMPANY, <br><br>DEFENDANT, <br>v. <br><br>CHARLES DAVID WOOD, JR., AMS STAFF LEASING INC., BRECKENRIDGE ENTERPRISES, INC., and AMS STAFF LEASING II, INC., <br><br>THIRD-PARTY DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 3:14-cv-3398-L |

## CERTIFICATE OF INTERESTED PERSONS

Third-Party Defendants Charles David Wood, Jr., AMS Staff Leasing, Inc., Breckenridge Enterprises, Inc., and AMS Staff Leasing II, Inc. (together, "Third-Party Defendants") file this Certificate of Interested Persons pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rules 3.1(c), 3.2(e), and 7.4.

1. For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

    a. AMS Staff Leasing Inc. hereby discloses that its parent corporation is Breckenridge Enterprises, Inc. and that no publicly held corporation owns 10% or more of its stock.

    b. Breckenridge Enterprises, Inc. hereby discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

  c. AMS Staff Leasing II, Inc. hereby discloses that its parent corporation is Breckenridge Enterprises, Inc. and that no publicly held corporation owns 10% or more of its stock.

2. A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

  a. Defendant Companion Property and Casualty Insurance Company (now known as Sussex Insurance Company);

  b. Sussex Holdings, Inc.;

  c. Enstar Group Limited;

  d. Plaintiff Highpoint Risk Services, LLC;

  e. Plaintiff Aspen Administrators, Inc.;

  f. Third-Party Defendant Charles David Wood, Jr.;

  g. Third-Party Defendant AMS Staff Leasing, Inc.;

  h. Third-Party Defendant Breckenridge Enterprises, Inc.; and

  i. Third-Party Defendant AMS Staff Leasing II, Inc.

Dated: April 15, 2016

Respectfully submitted,

**GARDNER HAAS PLLC**

By: *s/ Eric P. Haas*
   Michael S. Gardner
   Texas State Bar No. 24002122
   Eric P. Haas
   Texas State Bar No. 24050704

2828 Routh Street, Suite 660
Dallas, Texas 75201
Telephone: (214) 415-3473
Facsimile: (214) 217-2800
mg@gardnerhaas.com
eh@gardnerhaas.com

**ATTORNEYS FOR THIRD-PARTY DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record by means of CM/ECF E-SERVICE on April 15, 2016.

/s/ Eric P. Haas
Eric P. Haas